UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 1:19-cr-00074-JAW-1 |
| ) | |
| RODNEY LACROIX, ) | |
| ) | |
| Defendant ) | |

**ORDER ON DEFENDANT'S REQUEST FOR RELEASE**

On April 14, 2020, the Court granted Defendant's motion to reopen the detention hearing. (Order, ECF No. 77.) On April 16, 2020, the Court conducted a hearing on the issue of release or detention. Defendant asks the Court to release him to reside with his cousin under certain restrictive conditions.

After consideration of the evidence presented at the hearing and the factors set forth in 18 U.S.C. § 3142(g), for the reasons stated on the record, which reasons include Defendant's criminal history, including a history of violations of bail, and Defendant's history of involvement in drug-related activity, the Court finds there are no conditions that would reasonably provide for the safety of the community.

The Court, therefore, denies Defendant's request for release.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 16th day of April, 2020.